■ In the Matter of the Judicial Settlement of the First Intermediate Account of MELISSA C. ENGLAND and Another, as Personal Representatives of the Estate of HAZARD K. CAMPBELL, SR., and HSBC BANK USA, N.A., as Cotrustees of the Trust by MARJORIE K.C. KLOPP, dated October 11, 1961, Grantor, for the Benefit of the Issue of GRACIA M. CAMPBELL, Formerly Known as GRACIA C. FLICKINGER, for the Period October 11, 1961, to May 9, 2012. MELISSA C. ENGLAND and Another, as Personal Representatives of the Estate of HAZARD K. CAMPBELL, SR., et al., Respondents; GRACIA E. CAMPBELL et al., Appellants. (Appeal No. 3.) [51 NYS3d 916]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered May 5, 2015. The order, among other things, granted petitioners' motion for attorneys' fees and costs and denied respondents' cross motion to disgorge fees.

It is hereby ordered that the order so appealed from is unanimously modified on the law by denying that part of the motion seeking attorneys' fees and costs, and as modified the order is affirmed without costs, and the matter is remitted to Supreme Court, Erie County, for a determination of reasonable attorneys' fees and costs in accordance with the same memorandum as in *Matter of HSBC Bank USA, N.A. (Campbell)* ([appeal No. 1] 150 AD3d 1661 [2017]). Present—Centra, J.P., Lindley, Curran and Scudder, JJ.